# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. CR-16-178-C |
| | ) | |
| **DONNIE WADE HICKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ON REVOCATION OF SUPERVISED RELEASE

On November 25, 2020, the Court held a hearing on a petition to revoke the supervised release of defendant Donnie Wade Hicks. The United States was present by Rozia McKinney-Foster, Assistant United States Attorney. Defendant was present with his attorney, Eddie D. Valdez. Defendant, through counsel, stipulated to the alleged violations of his supervised release, as stated in the Petition filed October 29, 2020 [Doc. 70]. The Government had no objections to the stipulation.

The parties stipulate and agree that defendant's adjustment to supervision dramatically improved since the filing of the Petition. The defense moved to continue the disposition of this matter for ninety days and the Government had no objections.

Based on the stipulations and agreements of the parties, the Court found DONNIE WADE HICKS violated the terms of his supervised release as alleged in the

Petition. The Court further found that Defendant's Unopposed Motion to Continue this hearing is GRANTED.

**IT IS THEREFORE ORDERED** that defendant's term of supervised release shall continue and this hearing is continued to 10:00 a.m. on February 24, 2021.

**IT IS SO ORDERED** this 30th day of November, 2020.

*(signed)*
ROBIN J. CAUTHRON
United States District Judge